```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :    25cr249(DLC)
          -v-                         :
                                      :      ORDER
MICHAEL PENA, HARRINGTON DELAHOZ,     :
JOSHUA GUTIERREZ, and JAYSEN DORSEY,  :
                                      :
                Defendants.           :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

THE PARTIES ARE HEREBY NOTIFIED that the Court will conduct a bail review for defendants Michael Pena, Harrington DeLaHoz, and Joshua Gutierrez at the arraignment scheduled for June 12. In advance of the arraignment and bail review conference, it is hereby

ORDERED that the Government shall provide the Court with each defendant's criminal history record.

Dated:   New York, New York
         June 6, 2025

                              _____
                                    DENISE COTE
                              United States District Judge