UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
UNITED STATES OF AMERICA                   :
                                           :   25cr249-1(DLC)
            -v-                            :
                                           :   ORDER
MICHAEL PENA,                              :
                                           :
                        Defendant.         :
                                           :
----------------------------------------- X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a bail review conference for defendant Michael Pena is scheduled for June 17, 2025 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         June 13, 2025

                                   _____
                                          DENISE COTE
                                   United States District Judge