UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    25cr249-1(DLC)
UNITED STATES OF AMERICA,               :
                                        :         ORDER
            -v-                         :
                                        :
MICHAEL PENA,                           :
                                        :
                 Defendant.             :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    For the reasons set forth on the record on June 17, 2025,

it is hereby

    ORDERED that the defendant Michael Pena (DOB 5/20/1998) is

remanded to the custody of the United States Marshal's Service.

Dated:    New York, New York
          June 17, 2025

                              _____
                                   DENISE COTE
                         United States District Judge