```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA                  :
                                          :      25cr249-1(DLC)
            -v-                           :
                                          :         ORDER
MICHAEL PENA,                             :
                                          :
                        Defendant.        :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having been informed that the defendant wishes to enter a change of plea, it is hereby

ORDERED that a conference is scheduled for September 11, 2025 at 10:30 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         August 28, 2025

                                  _____
                                         DENISE COTE
                                  United States District Judge