**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7140**

WRITER'S EMAIL ADDRESS
**marcgreenwald@quinnemanuel.com**

December 8, 2025

**VIA ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:      *United States v. Micheal Pena*, 25 Cr. 249 (DLC)

Dear Judge Cote:

I write respectfully to seek a change of the sentencing hearing for Mr. Pena from Thursday, December 18 at 11:00 am to Wednesday December 17. I now have a conflict on the 18th that I have been unable to resolve. I have conferred with AUSA Varun Gumaste and he informs me that the Government consents to this application and is available on the 17th at any time other than 12:30 to 3:00 pm.

Respectfully submitted,

Marc L. Greenwald

cc:      AUSA Varun Gumaste via ECF

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH