```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :           25cr249-1(DLC)
               -v-                       :
                                         :              ORDER
MICHAEL PENA,                            :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the defendant's letter of December 8, 2025,

it is hereby

ORDERED that the sentencing scheduled in this matter for

December 18 is moved to **December 17, 2025 at 3:00 PM** in

Courtroom 18B, 500 Pearl Street.

Dated:     New York, New York
           December 8, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge