UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :

UNITED STATES OF AMERICA

                                      :     CONSENT PRELIMINARY ORDER
         - v. -                        OF FORFEITURE/
                                        :     MONEY JUDGMENT

MICHEAL PENA,

                                        :     25 Cr. 249 (DLC)

             Defendant.

                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

          WHEREAS, on or about May 29, 2025, MICHEAL PENA (the "Defendant"), among others, was charged in a two-count Indictment, 25 Cr. 249 (DLC) (the "Indictment"), with conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349 (Count One); and aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Two);

          WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), of any and all property constituting, or derived from, proceeds the Defendant obtained directly or indirectly, as a result of the commission of the offense charged in Count One of the Indictment, including but not limited to, a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

          WHEREAS, on or about September 11, 2025, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(2)(A), a sum of money in United States

currency, representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $400,037.13 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, (i) $30,035.09 of which the Defendant is jointly and severally liable with Joshua Gutierrez ("Gutierrez") and the forfeiture money judgement entered against him in this case; and (ii) $58,430.97 of which the Defendant is jointly and severally liable with Harrington Delahoz ("Delahoz") to the extent a forfeiture money judgment is entered against him in this case for the offense charged in Count One of the Indictment; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Varun Gumaste, of counsel, and the Defendant and his counsel, Marc Greenwald, Esq., that:

1.    As a result of the offense charged in Count One of the Indictment of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $400,037.13 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, (i) $30,035.09 of which the Defendant is jointly and severally liable with Gutierrez and the forfeiture money judgment entered against him in this case; and (ii) $58,430.97 of which the Defendant is jointly and severally liable with Delahoz to the extent a forfeiture money judgment is entered

against him in this case for the offense charged in Count One of the Indictment, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant MICHEAL PENA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

     8.     The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          12/17/25
     Varun Gumaste                            DATE
     Assistant United States Attorney
     26 Federal Plaza
     New York, NY 10278
     (212) 637-1023

MICHEAL PENA

By: _____          12/17/25
     Micheal Pena                               DATE

By: _____          12.17.25
     Marc Greenwald, Esq.                    DATE
     Attorney for Defendant
     Quinn Emanuel Urquhart & Sullivan, LLP
     295 Fifth Avenue, 9th Floor
     New York, NY 10016

SO ORDERED:

_____          December 17, 2025
HONORABLE DENISE L. COTE           DATE
UNITED STATES DISTRICT JUDGE