UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MICHEAL PENA,

**Consent
Order of Restitution**

25 Cr. 249 (DLC)

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United

States Attorney for the Southern District of New York, Varun A. Gumaste, Assistant United States

Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count

One of the Information; and all other proceedings in this case, it is hereby ORDERED that:

### 1. **Amount of Restitution**

Micheal Pena, the defendant, shall pay restitution in the total amount of $101,305.62,

pursuant to 18 U.S.C. §§ 3663(a)(3) and 3663A, to the victims of the offense charged in Count

One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule

of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of

a change of address of a victim, the Clerk of Court is authorized to send payments to the new

address without further order of this Court.

#### A. **Joint and Several Liability**

As outlined in Schedule A, a portion of restitution owed to one of the victims is joint and

several with the following defendants in this case: Harrington DeLaHoz, Joshua Gutierrez, and

Jaysen Dorsey. The defendant's liability to pay restitution shall continue unabated until either the

defendant has paid the full amount of restitution ordered herein, or every victim in Schedule A has

recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims.

## B.    Apportionment Among Victims

Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

## 2.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).

The defendant will commence monthly installment payments of at least ten percent of the defendant's gross income, payable on the first day of each month, except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n).

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

2

### 3.    Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order.

### 4.    Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5.    Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue

3

until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____           2/9/26
Varun A. Gumaste                       DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278


MICHEAL PENA

By: _____           2/9/26
Micheal Pena                         DATE

By: _____        2/9/2026
Marc Greenwald, Esq.               DATE
Attorney for Defendant
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue, 9th Floor
New York, NY 10016


SO ORDERED:

_____        February 13, 2026
HONORABLE DENISE L. COTE     DATE
UNITED STATES DISTRICT JUDGE

4

**Schedule A**

| Victim | Amount | Joint & Several |
|---|---|---|
| Capital One, N.A.<br>Domestic Collections Department<br>15050 Capital One Drive<br>West Creek 5, 3rd Floor<br>Richmond, VA 23238<br><br>Reference Case: 20231114000135Z;<br>20230120000821Z, IB 0475-24 | $67,746.91 | $62,497.16 |
| Comerica Bank<br>P.O. Box 675403<br>Detroit, MI  48267-5403<br><br>Reference Event: 23103041058 | $21,558.71 | N/A |
| Navy Federal Credit Union<br>Attn: Global Security Investigations<br>5550 Heritage Oaks Dr.<br>Bldg 8 – First Floor<br>Pensacola, FL 32526 | $12,000 | N/A |

5